

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

| | |
|---|---|
| JARRETT B. PERLOW<br>CLERK OF COURT | CLERK'S OFFICE<br>202-275-8000 |

August 13, 2024

2024-1515 - Telefonaktiebolaget LM Ericsson v. Lenovo (United States), Inc.

# NOTICE OF NON-COMPLIANCE

The citation of supplemental authority submitted by Ericsson, Inc., Telefonaktiebolaget LM Ericsson, and ERICSSON AB is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The confidential version must be labeled as "confidential" on the front page, either centered at the top or contained in the title. Fed. Cir. R. 25.1(e)(1)(A).

- The nonconfidential version must be labeled as "nonconfidential" on the front page, either centered at the top or contained in the title. Fed. Cir. R. 25.1(e)(1)(B).

- The introductory paragraph of the nonconfidential version must describe the general nature of the confidential material that has been deleted. Fed. Cir. R. 25.1(e)(1)(B). *Clerk's Note: While it appears the only redacted material is in the addendum, the opening paragraph of the nonconfidential version is nonetheless required to address all redacted material.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: M. Lichtenberg, Deputy Clerk