NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TELEFONAKTIEBOLAGET LM ERICSSON,**
*Plaintiff/Counterclaim Defendant-Appellee*

**ERICSSON AB, ERICSSON, INC.,**
*Counterclaim Defendants-Appellees*

v.

**LENOVO (UNITED STATES), INC., MOTOROLA MOBILITY LLC,**
*Defendants/Counter-Claimants-Appellants*

**LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO BEIJING, LTD., LENOVO GROUP LIMITED, MOTOROLA (WUHAN) MOBILITY TECHNOLOGIES COMMUNICATION CO., LTD.,**
*Defendants*

---

2024-1515

---

Appeal from the United States District Court for the Eastern District of North Carolina in No. 5:23-cv-00569-BO-RJ, Judge Terrence William Boyle.

---

**O R D E R**

ERICSSON AB, Ericsson, Inc. and Telefonaktiebolaget LM Ericsson filed two confidential and two non-confidential citations of supplemental authority on August 12, 2024, and August 13, 2024. The court found all four of citations of supplemental authority to be non-compliant.

Pursuant to the court's notices of non-compliance, failure to timely file corrected versions may result in the documents being stricken. As Appellees have failed to timely respond to the court's notices,

IT IS ORDERED THAT:

The citations of supplemental authority [ECF Nos. 66, 67, 71, and 72 are stricken.

FOR THE COURT

August 27, 2024
Date

Jarrett B. Perlow
Clerk of Court