# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

John C. O'Quinn, P.C.
To Call Writer Directly:
+1 202 389 5191
john.oquinn@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

August 28, 2024

**Via ECF**

Jarrett B. Perlow
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit

**<u>NON-CONFIDENTIAL</u>** Rule 28(j) Letter, *Telefonaktiebolaget LM Ericsson v. Lenovo (United States), Inc.*, **No. 24-1515, Re: August 27, 2024 Brazilian Injunction Order**

> **Confidential Material**
>
> The attachment is a confidential order by a Brazilian court in a case where that court the proceedings and docket to be sealed. *See* ECF#35-2 (declaration explaining sealed proceedings in Brazil). In the body of the letter, material highlighted in the confidential version and redacted in the non-confidential version concerns sealed details of the order and proceedings.

Dear Mr. Perlow:

Under FRAP 28(j), Appellants ("Lenovo") apprise the Court that a Brazilian court (Case No. 0953148-87.2023.8.9.0001), in an order by the first-instance judge, granted Ericsson's request to enforce a preliminary injunction against them. An English translation is attached.

The order requires Appellants to [REDACTED: quotation of substantive provisions of order] (Attachment at 4, emphasis added).

This development confirms the urgent need for an ASI. Ericsson's acknowledged strategy is to circumvent its FRAND commitment by using reflexive, pre-adjudicatory injunctions to force parties like Lenovo to submit to supra-FRAND rates before any court can enforce Ericsson's obligations. *See* Appx2592-2594; ECF#74 at 1-2 (Appellants' Aug. 14 28(j) response). This order effectively requires Appellants to [REDACTED: substantive provisions of order]

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  New York  Paris  Riyadh  Salt Lake City  Shanghai

**Confidential Material Redacted**

# KIRKLAND & ELLIS LLP

Jarrett B. Perlow
August 28, 2024
Page 2

[substantive provisions] The order [description of procedure followed] . (Attachment at 2, 4 (describing report); AppellantsReplyBr.25-26 (describing [description of procedure])). There has been no analysis of actual infringement by Appellants' products nor any adjudication of Ericsson's contractual FRAND commitments, the parties' breach allegations, or whether Ericsson's asserted patents are even standard-essential.  In sum, the order furthers Ericsson's strategy of using injunctions to exert pressure regardless of whether it has complied with all FRAND commitments, and threatens to force Lenovo to submit to Ericsson's licensing demands.

Here, as in cases like *Microsoft v. Motorola*, and *Huawei v. Samsung*, the Court should order entry of an ASI. Otherwise, Ericsson's strategy may succeed, and Lenovo may be forced to submit to Ericsson's demands, with no ability to enforce Ericsson's FRAND commitment in court. Lenovo respectfully requests that the Court issue its decision as soon as possible.  *Cf. Insulet Corp. v. Eoflow Co.*, Fed. Cir. No. 24-1137, ECF#48 (May 7, 2024) (announcing result, ordering an injunction stayed, in advance of opinion issued the following month).

Sincerely,

/s/

John C. O'Quinn, P.C.
*Counsel for Appellants*

**Confidential Material Redacted**

The attachment to this letter is submitted under seal, and is omitted from non-confidential version of this letter.

## CERTIFICATE OF SERVICE

On August 28, 2024, the confidential and non-confidential versions of the foregoing letter and attachment were filed by CM/ECF, and the confidential version was served by e-mail to the following counsel for Appellees, under the parties' agreement to accept electronic service:

Jeffrey A. Lamken, principal counsel for Appellees (jlamken@mololamken.com)
Blake H. Bailey (bbailey@mckoolsmith.com)
Alexander J. Chern (achern@mckoolsmith.com)
Kayvon Ghayoumi (kghayoumi@mololamken.com)
Rayiner Hashem (rhashem@mololamken.com)
Caleb Hayes-Deats (chayes-deats@mololamken.com)
Catherine Martinez (cmartinez@mololamken.com)
Nicholas M. Mathews (nmathews@mckoolsmith.com)
Theodore Stevenson (ted.stevenson@alston.com)
Lucas M. Walker (lwalker@mololamken.com)

*/s/ John C. O'Quinn*