# KIRKLAND & ELLIS LLP

John C. O'Quinn, P.C.
To Call Writer Directly:
+1 202 389 5191
john.oquinn@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

September 6, 2024

**Via ECF**

Jarrett B. Perlow
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit

**NON-CONFIDENTIAL Rule 28(j) Letter,** *Telefonaktiebolaget LM Ericsson v. Lenovo (United States), Inc.*, **No. 24-1515, re: September 3, 2024 Brazil order temporarily staying enforcement of injunction**

> **Confidential Material:** Nothing is marked confidential in the body of this letter. The attachment (filed under seal and omitted from the public version of this filing) is a confidential order by a Brazilian court in a case where the proceedings and docket are sealed. *See* ECF#35-2 (declaration explaining sealed proceedings in Brazil).

Dear Mr. Perlow:

On August 28, Appellants filed a Rule 28(j) letter to apprise the Court of a Brazilian court's order granting Ericsson's request to enforce a preliminary injunction against Appellants. ECF#76/77 (public and confidential versions).

This letter is to update the Court on the status of that proceeding. On September 3, the Rapporteur (a single judge) for the Brazilian appellate court entered an order temporarily staying referenced injunction-enforcement order, pending the full panel's consideration of the stay. An English translation of the stay order is attached to the confidential version of this letter.

Sincerely,

/s/

John C. O'Quinn, P.C.
*Counsel for Appellants*

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Frankfurt   Hong Kong   Houston   London   Los Angeles   Miami   Munich   New York   Paris   Riyadh   Salt Lake City   Shanghai

The attachment is submitted under seal, and is omitted from the non-confidential version of this letter.

# CERTIFICATE OF SERVICE

On September 6, 2024, the confidential and non-confidential versions of the foregoing letter and attachment were filed by CM/ECF, and the confidential version was served by e-mail to the following counsel for Appellees, under the parties' agreement to accept electronic service:

Jeffrey A. Lamken, principal counsel for Appellees (jlamken@mololamken.com)
Blake H. Bailey (bbailey@mckoolsmith.com)
Alexander J. Chern (achern@mckoolsmith.com)
Kayvon Ghayoumi (kghayoumi@mololamken.com)
Rayiner Hashem (rhashem@mololamken.com)
Caleb Hayes-Deats (chayes-deats@mololamken.com)
Catherine Martinez (cmartinez@mololamken.com)
Nicholas M. Mathews (nmathews@mckoolsmith.com)
Theodore Stevenson (ted.stevenson@alston.com)
Lucas M. Walker (lwalker@mololamken.com)

*/s/ John C. O'Quinn*