# United States Court of Appeals for the Federal Circuit

---

**TELEFONAKTIEBOLAGET LM ERICSSON,**
*Plaintiff/Counterclaim Defendant-Appellee*

**ERICSSON AB, ERICSSON, INC.,**
*Counterclaim Defendants-Appellees*

**v.**

**LENOVO (UNITED STATES), INC., MOTOROLA MOBILITY LLC,**
*Defendants/Counter-Claimants-Appellants*

**LENOVO (SHANGHAI) ELECTRONICS TECHNOLOGY CO. LTD., LENOVO BEIJING, LTD., LENOVO GROUP LIMITED, MOTOROLA (WUHAN) MOBILITY TECHNOLOGIES COMMUNICATION CO., LTD.,**
*Defendants*

---

2024-1515

---

Appeal from the United States District Court for the Eastern District of North Carolina in No. 5:23-cv-00569-BO-RJ, Judge Terrence William Boyle.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

October 24, 2024
Date

Jarrett B. Perlow
Clerk of Court